DAVID BANDLER, Appellant, *v.* JOHN R. HILL et al., Respondents.

*Bandler* v. *Hill*, 163 App. Div. 970, affirmed.
(Argued March 28, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 3, 1914, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury in an action of ejectment. The complaint alleged that the plaintiff was the owner in fee of two lots and had acquired title under a deed made to him by one Bessie F. Goetschius, dated June 16, 1913,

and that the defendants were in possession of the property and demanded judgment for possession with damages for detention. The answer contained a general denial and set up a title derived from the sale of the land for non-payment of taxes and alleging that a certain proceeding before the Nassau county treasurer to cancel the tax sale and deed and the order made therein is void.

*Charles H. Stoll* for appellant.

*Henry L. Maxson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.